# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

ROBERT J. MORRISON JR.,
Inmate Identification No. 26-0208,

      Plaintiff,

      v.

HIPPENSTEEL'S AUTO RECON,
et al.,

      Defendants.

CIVIL ACTION NO. 1:24-cv-01969

(SAPORITO, J.)

## ORDER

Now before the court is a report and recommendation of United States Magistrate Judge Phillip J. Caraballo, in which he recommends that the defendants' motions to dismiss (Doc. 17; Doc. 18) be granted and this action be dismissed. Doc. 31. With respect to the pro se plaintiff's federal civil rights claims, Judge Caraballo recommends that those claims be dismissed for failure to state a claim upon which relief can be granted, pursuant to Fed. R. Civ. P. 12(b)(6).[1] *Id.* Finding any further

---

[1] We note that the plaintiff has been granted leave to proceed *in forma pauperis* in this case, that he was a prisoner at the time of filing (and he remains so), and that the defendants include a state government agency. Thus, this action is also subject to dismissal for failure to state a claim under 28 U.S.C. § 1915(e)(2)(B)(ii) and 28 U.S.C. § 1915A(b)(1).

amendment would be futile, Judge Caraballo further recommends that these federal civil rights claims be dismissed *without* leave to amend. *Id.* With respect to the pro se plaintiff's state-law claims, Judge Caraballo recommends that the court decline to exercise supplemental jurisdiction and dismiss those claims without prejudice pursuant to 28 U.S.C. § 1367(c)(3). *Id.*

No objections have been filed to the report and recommendation, resulting in the forfeiture of de novo review by this court.[2] *See Nara v. Frank*, 488 F.3d 187, 194 (3d Cir. 2007); *Henderson v. Carlson*, 812 F.2d 874, 878–79 (3d Cir. 1987).

Following an independent review of the report and the record, and having afforded "reasoned consideration" to the uncontested portions of the report, *E.E.O.C. v. City of Long Branch*, 866 F.3d 93, 99 (3d Cir. 2017), we are satisfied "that there is no clear error on the face of the record," Fed. R. Civ. P. 72(b) advisory committee note to 1983 amendment. We find Judge Caraballo's analysis to be well-reasoned and fully supported by the

---

[2] We note that the pro se plaintiff twice requested extensions of time to object, which were granted. *See* Doc. 32; Doc. 33; Doc. 34; Doc. 35. But the extended period of time for filing objections has expired without any submission by the plaintiff.

record and applicable law. Accordingly, the court will adopt the report and recommendation in its entirety as the decision of the court.

Accordingly, **IT IS HEREBY ORDERED THAT**:

1.    The report and recommendation of Judge Caraballo (Doc. 31) is **ADOPTED**;

2.    The defendants' motions to dismiss (Doc. 17; Doc. 18) are **GRANTED**;

3.    The pro se plaintiff's federal civil rights claims are **DISMISSED with prejudice** for failure to state a claim upon which relief can be granted, pursuant to Fed. R. Civ. P. 12(b)(6), 28 U.S.C. § 1915(e)(2)(B)(ii), and 28 U.S.C. § 1915A(b)(1);

4.    The pro se plaintiff's supplemental state-law claims are **DISMISSED without prejudice** pursuant to 28 U.S.C. § 1367(c)(3); and

5.    The clerk shall mark this case as **CLOSED**.

Dated: April 10, 2026             *s/Joseph F. Saporito, Jr.*
                                  JOSEPH F. SAPORITO, JR.
                                  United States District Judge

- 3 -